# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Amelia Bonita Richardson**                    **Docket No. 5:18-CR-148-1N**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Amelia Bonita Richardson, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 11th day of May, 2018.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 11, 2018, the defendant was released from custody and placed under pretrial supervision conditions including location monitoring. The defendant has a series of health issues and has informed the probation office that she has a sleep study scheduled for May 24, 2018 with Duke Hospital that will require an overnight stay. The defendant has provided the probation office with documentation from Duke Hospital that indicates this appointment and per policy any overnight leave must be approved by the court. The probation office will request documentation to verify attendance of the sleep study appointment.

**PRAYING THAT THE COURT WILL ORDER** the defendant shall be allowed to attend her overnight sleep study appointment at Duke Hospital on May 24, 2018.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing is true and correct.


/s/ Jeffrey L. Keller                    /s/ Amir A. Hunter
Jeffrey L. Keller                        Amir A. Hunter
Supervising U.S. Probation Officer       U.S. Probation Officer
                                         310 New Bern Avenue, Room 610
                                         Raleigh, NC 27601-1441
                                         Phone: 919.861.8663
                                         Executed On: May 16, 2018

### ORDER OF THE COURT

Considered and ordered on May 16, 2018.        It is further ordered that this document shall be filed and made part of the records in the above case.


Robert T. Numbers, II
U.S. Magistrate Judge